District Judge Robert S. Lasnik
Magistrate Judge Mary Alice Theiler

Robert Pauw, WSBA No. 13613
GIBBS HOUSTON PAUW
1000 Second Avenue, Suite 1600
Seattle, WA 98104-1003
Phone: (206)682-1080
Fax: (206)689-2270
Email: rpauw@ghp-law.net

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Jaime Padilla<br>Petitioner<br>     vs.<br>Lowell Clark, Warden of Northwest Detention Center; Nathalie Asher, Tacoma Field Office Director, Immigration and Customs Enforcement; Chad Wolf, Acting Secretary of Department of Homeland Security; and William P. Barr, United States Attorney General,<br>Respondents | W.D. Wash. No. 2:20-cv-840<br><br>STIPULATION FOR DISMISSAL |

Petitioner and Federal Respondents, through their counsel, hereby STIPULATE, AGREE, AND JOINTLY REQUEST as follows:

Petitioner, Jaime Padilla, has been granted cancellation of removal and he has been released from custody.  Therefore the Petitioner and the Federal Respondents JOINTLY

STIPULATION FOR DISMISSAL - 1
2:20-cv-840

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270

REQUEST that this case, having become moot, be DISMISSED without prejudice and without costs or fees.

Dated this 6th day of July, 2020.

| | |
|---|---|
| GIBBS HOUSTON PAUW | BRIAN T. MORAN<br>United States Attorney |
| /s/ Robert Pauw | /s/ Sarah Morehead |
| ROBERT PAUW WSBA#13613<br>1000 Second Avenue, Suite 1600<br>Seattle, WA 98104-1003<br>Phone: 206-682-1080<br>Fax No. 206)-689-2270<br>E-mail: rpauw@ghp-law.net<br>*Attorney for Plaintiff* | SARAH MOREHEAD, WSBA#29680<br>Assistant United States Attorney<br>United States Attorney's Office<br>700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271<br>Phone: 206-553-7970<br>Fax: 206-553-4067<br>Email: sarah.morehead@usdoj.gov<br>*Attorney for Federal Defendants* |

## ORDER

The parties having stipulated and agreed, the Court orders that this case is dismissed without prejudice and without costs or fees.

DATED this __7th__ day of July, 2020.

*[signature]*

ROBERT S. LASNIK
United States District Judge

STIPULATION FOR DISMISSAL - 2
2:20-cv-840

Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, WA  98104
Ph. (206) 682-1080
Fax. (206) 689-2270